No. 74–1538. Wester v. Alaska. Sup. Ct. Alaska. Certiorari denied.

No. 74–1546. Finkle v. New Jersey. Sup. Ct. N. J. Certiorari denied.

No. 74–1547. Norris v. Norris. Ct. App. Cal., 1st App. Dist. Certiorari denied.

No. 74–1548. Old Town Yacht Basin, Inc. v. City of Alexandria. Sup. Ct. Va. Certiorari denied.

No. 74–1550. National Association of Regulatory Utility Commissioners v. Federal Communications Commission et al. C. A. 9th Cir. Certiorari denied.

No. 74–1551. Ross v. United States. C. A. 5th Cir. Certiorari denied.

No. 74–1556. Vincent v. United States. C. A. 6th Cir. Certiorari denied.

No. 74–1557. Hogan et ux. v. United States. C. A. 6th Cir. Certiorari denied.

No. 74–1558. Beck v. United States. C. A. 6th Cir. Certiorari denied.

No. 74–1559. Linn v. United States. C. A. 10th Cir. Certiorari denied.

No. 74–1561. Decoto Aircraft, Inc. v. National Labor Relations Board. C. A. 9th Cir. Certiorari denied.

No. 74–1562. Meretsky v. United States. C. A. 6th Cir. Certiorari denied.